

DocRails Inc.
137 Varick St.
2nd Floor
New York, NY 10013
www.caserails.com

Erik Dykema
Chief Executive Officer
erik@caserails.com

May 22, 2015

Sanford J. Asman, Esq.
570 Vinington Court
Atlanta, GA 30350

Re:   **CaseRails Name and Domain**

Dear Mr. Asman:

    I write in response to your letter dated May 8, 2015 regarding the "CaseRails" name and "caserails.com" domain. Our usage of the CaseRails mark and "caserails.com" domain is entirely proper and does not infringe on the "CaseWebs," "CaseSpace," or "CaseWorks Web" marks referenced in your letter in any way or create any likelihood of confusion with those marks. We will not entertain your demand that we assign our name and domain to you, and we have no interest in "exploring alternative possible resolutions" in response to your threat to bring what would constitute a frivolous and unsubstantiated legal action against us.

    There is no likelihood of confusion between CaseRails and the above referenced marks. CaseRails is separate and distinct from those marks. The only similarity between the marks is the use of the word "Case," which as you are surely aware is exceedingly common in the legal community, and which appears as part of the name and registered trademark of many legal companies, including numerous web-based legal software providers. Your letter would seem to imply that every one of these companies is somehow violating your rights as the purported holder of the above referenced mark registrations, an absurd conclusion, and one which is further belied by the fact that you yourself assert ownership of multiple separate and distinct marks that all include the word "Case." Furthermore, your letter acknowledges that CaseRails software is "used to generate legal documents," a service that you admit is not associated with the marks referenced in your letter, nor is it described in the registrations for those marks.

    As previously stated, we unambiguously reject your demand that we assign the CaseRails name and "caserails.com" domain to you. We also have no interest in exploring other resolutions in response to your threat to serve us with a baseless lawsuit. Finally, we hereby inform you that if you choose to bring such a frivolous action, we will be forced to seek reimbursement from you for any legal expenses that we incur in defending such an action.

Sincerely,

*Erik Dykema*

Erik Dykema