IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SANFORD J. ASMAN, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | |
| v. | ) | NO. 1:15-CV-1866-ELR |
| | ) | |
| ERIK DYKEMA, KYLE ZELLER, | ) | |
| CASERAILS, and DOCRAILS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT DOCRAILS, INC.

NOW COMES DocRails Inc. ("DocRails"), named as a defendant in the above-captioned matter, and, in accordance with Local Rule 3.3 and Rule 7.1 of the Federal Rules of Civil Procedure, hereby submits its Certificate Of Interested Persons And Corporate Disclosure Statement.

(1)   The undersigned counsel of record for DocRails certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10 percent or more of the stock of a party:

  (a) Complete List of Parties:

    Plaintiff:  Sanford J. Asman

      Defendants:      Erik Dykema
                              Kyle Zeller
                              DocRails Inc.

DocRails notes that plaintiff has also named as a defendant the "unregistered fictitious business name" CaseRails. To the best of DocRails' knowledge, there is no legal entity named "CaseRails"; "CaseRails" is a trade name and service mark used by DocRails.

      (b)    Fed. R. Civ. P. 7.1 Corporate Disclosure Statement: The undersigned certifies that there is no parent corporation of DocRails and that no publicly held corporation owns 10 percent or more of the stock of DocRails.

      (2)    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Counsel for DocRails is not aware of any other persons or entities having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case. DocRails notes that more than eighty percent (80%) of the total outstanding shares of DocRails are owned by defendants Erik Dykema and Kyle Zeller, and that a small number of other shareholders –

none of whom owns more than ten percent (10%) of the outstanding shares of DocRails – own the remaining outstanding shares.

(3)  The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    (a)  Attorneys for DocRails:

>Bruce W. Baber
>King & Spalding LLP
>1180 Peachtree Street
>Atlanta, Georgia  30309
>
>Kathleen E. McCarthy
>   (to be admitted pro hac vice)
>Mark H. Francis
>   (to be admitted pro hac vice)
>Steven Z. Luksenberg
>   (to be admitted pro hac vice)
>King & Spalding LLP
>1185 Avenue of the Americas
>New York, New York  10036

    (b)  Attorneys for Plaintiff:  Based on the pleadings filed by Plaintiff in this action, it is the understanding of DocRails' undersigned counsel that plaintiff Sanford J. Asman, an attorney, is proceeding pro se in this matter.

Respectfully submitted, this 19th day of June, 2015.

        KING & SPALDING LLP

        s/ Bruce W. Baber
        Bruce W. Baber
        (Ga. Bar No. 030050)

        1180 Peachtree Street, N.E.
        Atlanta, Georgia 30309-3521
        Telephone: 404- 572-4600
        Facsimile: 404- 572-5134

        Attorneys for Defendant
        DOCRAILS INC.

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing Certificate Of Interested Persons And Corporate Disclosure Statement with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following attorneys of record:

>Sanford J. Asman
>sandy@asman.com
>Law Office of Sanford J. Asman
>570 Vinington Court
>Atlanta, Georgia  30350-5710

This 19th day of June, 2015.

>  s/ Bruce W. Baber
> Bruce W. Baber