IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SANFORD J. ASMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ERIK DYKEMA, an individual,<br>KYLE ZELLER, an individual,<br>CASERAILS, an unincorporated fictitious name used by Erik Dykema and Kyle Zeller, and<br>DOCRAILS, INC., a Delaware corporation,<br><br>Defendants. | Civil Action No.<br>1:15-cv-01866-ELR |

## NOTICE OF CORRECTED EXHIBIT

**COMES NOW,** plaintiff Sanford J. Asman ("Asman"), who respectfully gives notice that after filing his Response [18] it was noticed that Exhibit 6 attached thereto was not the correct Exhibit.

The correct Exhibit 6 to the Response [18] is attached hereto.

Plaintiff regrets having made this error.

Dated: __August 11, 2015__          By: _s/ Sanford J. Asman_____
                                                    Sanford J. Asman
                                                    Georgia Bar No. 026118
                                                    Plaintiff, *pro se*

- 1 -

- 2 -

Law Office of Sanford J. Asman
570 Vinington Court
Atlanta, Georgia  30350-5710
Phone   :   (770) 391-0215
E-mail  :   sandy@asman.com

- 3 -

## CERTIFICATE OF SERVICE

It is certified that on the date set forth below:

**NOTICE OF CORRECTED EXHIBIT**

was served using the CM/ECF system.

Dated:  __August 11, 2015__              By: _s/ Sanford J. Asman_____
                                             Sanford J. Asman
                                             Georgia Bar No. 026118
                                             Plaintiff, *pro se*

Law Office of Sanford J. Asman
570 Vinington Court
Atlanta, Georgia  30350-5710
Phone   :   (770) 391-0215
E-mail  :   sandy@asman.com

- 3 -