UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SANFORD J. ASMAN,<br><br>                Plaintiff,<br><br>v.<br><br>ERIK DYKEMA, KYLE ZELLER, CASERAILS, and DOCRAILS, INC.,<br><br>                Defendants. | CIVIL ACTION FILE<br><br>NO. 1:15-cv-01866-ELR |

### J U D G M E N T

This action having come before the court, Honorable Eleanor L. Ross, United States District Judge, for review of the Defendants' Motion to Dismiss and the court having granted the motion, it is

**Ordered and Adjudged** that this action is DISMISSED.

Dated at Atlanta, Georgia, this 16th day of February, 2016.

                                                    JAMES N. HATTEN
                                                    CLERK OF COURT

                           By:     s/Kayla Washington
                                              Deputy Clerk

Prepared, Filed and Entered
in the Clerk's Office
    February 16, 2016
James N. Hatten
Clerk of Court

By: s/Kayla Washington
      Deputy Clerk